B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>Eastern District of New York | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Pullo, Paul J. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>180 Country Club Drive<br>Manhasset, New York<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Nassau County                                   11030<br>                                                                    ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Kings County, New York State

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☒ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☒ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☒ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>See Annex A - Metro Fuel Oil Corp., et al. | Case Number<br>12-46913 (Jointly Administered) | Date<br>9/27/2012 |
|---|---|---|
| Relationship<br>Affiliate | District<br>E.D.N.Y. | Judge<br>Elizabeth S. Stong |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.  ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.  ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>                                                              or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2　　　　　　　　　　　　Name of Debtor: Pullo, Paul J.

Case No.: _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Richard Stein　　V.P.
Signature of Petitioner or Representative　(State title)

Limited Term New York Municipal Fund　　6-12-13
Name of Petitioner　　　　　　　　　　　Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Richard Stein, Vice President
350 Linden Oaks, Rochester, NY 14625

x_____
Signature of Attorney　　Date

Name of Attorney Firm (If any): _____
Address: _____
Telephone No.: _____

x /s/ Richard Stein　　V.P.
Signature of Petitioner or Representative　(State title)

Rochester Fund Municipals　　6-12-13
Name of Petitioner　　　　　　　　　　　Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Richard Stein, Vice President
350 Linden Oaks, Rochester, NY 14625

x_____
Signature of Attorney　　Date

Name of Attorney Firm (If any): _____
Address: _____
Telephone No.: _____

x_____
Signature of Petitioner or Representative　(State title)

Name of Petitioner　　　　　　　　　　　Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: _____

x_____
Signature of Attorney　　Date

Name of Attorney Firm (If any): _____
Address: _____
Telephone No.: _____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Limited Term New York Municipal Fund | Guarantee claim (Principal) | $670,000 (not less than) |
| Rochester Fund Municipals | Guarantee claim (Principal) | $8,405,000 (not less than) |
| [redacted] | [redacted] | [redacted] |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
See continuation sheets

_____ continuation sheets attached

NY01\AldeJ\1845446.1

B5 (Official Form 5) (12/07) – Page 2       Name of Debtor: Pullo, Paul J.

Case No.: _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ <br> Signature of Petitioner or Representative    (State title) <br> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ <br> Name of Petitioner    Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity | x_____ <br> Signature of Attorney    Date <br><br> Name of Attorney Firm (If any) <br><br> Address: <br><br> Telephone No.: |
| x_____ <br> Signature of Petitioner or Representative    (State title) <br> ▓▓▓▓▓▓▓▓▓▓▓▓▓ <br> Name of Petitioner    Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity | x_____ <br> Signature of Attorney    Date <br><br> Name of Attorney Firm (If any) <br><br> Address: <br><br> Telephone No.: |
| x_[signature]_____    (State title) <br> Signature of Petitioner or Representative <br> Seedco Financial Services, Inc.    6-11-13 <br> Name of Petitioner    Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: 915 Broadway, 18th Fl. New York, NY 10010 | x_[signature]_____ 6-11-13 <br> Signature of Attorney    Date <br> Moses & Singer LLC <br> Name of Attorney Firm (If any) <br><br> 405 Lexington <br> Address: <br> New York, NY 10174 <br> Telephone No.: |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| Seedco Financial Services, Inc. | Guarantee claim (Principal) | $1,430,656.47 (not less than) |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims <br> See continuation sheets |

_____ continuation sheets attached

NY01\AldeJ\1845446.1

B5 (Official Form 5) (12/07) – Page 3    **Name of Debtor**: Pullo, Paul J. _____

Case No.: _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

xSee Annex B _____ | x _[signature]_  6/12/2013
Signature of Petitioner or Representative  (State title) | Signature of Attorney                Date

 | Kelley Drye & Warren LLP _____
Name of Petitioner      Date Signed | Name of Attorney Firm (If any)

Name & Mailing | 101 Park Avenue, New York, NY 10178 _____
Address of Individual   See Annex B _____ | Address:
Signing in Representative |
Capacity                _____ | 212-808-7800 _____
                                          | Telephone No.:

---

x_____ | x_____
Signature of Petitioner or Representative  (State title) | Signature of Attorney                Date

Name of Petitioner     Date Signed | Name of Attorney Firm (If any)

Name & Mailing | 
Address of Individual   _____ | Address:
Signing in Representative |
Capacity                _____ | 
                                          | Telephone No.:

---

x_____ | x_____
Signature of Petitioner or Representative  (State title) | Signature of Attorney                Date

Name of Petitioner     Date Signed | Name of Attorney Firm (If any)

Name & Mailing | 
Address of Individual   _____ | Address:
Signing in Representative |
Capacity                _____ | 
                                          | Telephone No.:

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Metro Fuel Oil Corp., et al (See Annex A and B) | Nature of Claim<br>A/R and Causes of Action | Amount of Claim<br>$21,520.20 (not less than) |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$10,527,176.67 |

_____ continuation sheets attached

NY01\AldeJ\1845446.1

# ANNEX A

**PENDING BANKRUPTCY CASES FILED BY AFFILIATES IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK**

Conrad B. Duberstein
U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

1. In re Metro Fuel Oil Corp., Case No. 1-12-46913 (ESS)
2. In re Metro Terminals Corp., Case No. 1-12-46914 (ESS)
3. In re Metro Terminals of Long Island, LLC., Case No. 1-12-46915 (ESS)
4. In re Apollo Petroleum Transport, Inc., Case No. 1-12-46922 (ESS)
5. In re Apollo Petroleum Transport, LLC, Case No. 1-12-46919 (ESS)
6. In re Apollo Pipeline, LLC, Case No. 1-12-46921 (ESS)
7. In re Kings Land Realty, Inc., Case No. 1-12-46920 (ESS)
8. In re Metro Biofuels, LLC, Case No. 1-12-46916 (ESS)
9. In re Metro Energy Group LLC, Case No. 1-12-46917 (ESS)
10. In re Metro Plumbing Services Corp., Case No. 1-12-46918 (ESS)

# ANNEX B

**Name of Alleged Debtor:** Pullo, Paul J.

Petitioner declares under penalty of perjury that the information set forth in the involuntary petition is true and correct according to the best of its knowledge, information and belief.

The law firm of Kelley Drye & Warren LLP, is the authorized signatory for the Official Committee of Unsecured Creditors ("Committee") appointed in the chapter 11 cases of *In re Metro Fuel Oil Corp., et al.*, ("Metro Debtors"), jointly administered under Case No. 12-46913 in the United States Bankruptcy Court for the Eastern District of New York. The Committee is actively derivatively with Bankruptcy Court ordered standing to assert all claims held by the Metro Debtors' bankruptcy estates against Paul Pullo.

Dated: June 12, 2013

KELLEY DRYE & WARREN LLP

By: _____
Name: Craig A. Wolfe, Esq.
Title: Authorized Signatory for the Committee

Name of Petitioner: The Official Committee of Unsecured Creditors of, and acting on behalf of, Metro Fuel Oil Corp. and its affiliates that have jointly administered chapter 11 bankruptcy cases pending in the United States Bankruptcy Court for the Eastern District of New York under lead Case No. 12-46913.

NY01\AldeJ\1761340.4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Paul J. Pullo,<br><br>    Alleged Debtor. | ) Chapter 11<br>)<br>) Case Nos. \_\_-\_\_\_\_\_ (ESS)<br>)<br>)<br>)<br>) |

## CORPORATE OWNERSHIP STATEMENT
## OF
## LIMITED TERM NEW YORK MUNICIPAL FUND
## PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the undersigned, Limited Term New York Municipal Fund, states as follows:

There are no corporations that directly or indirectly own 10% or more of any class of the equity interests of Limited Term New York Municipal Fund.

Dated: June 12, 2013

                   Limited Term New York Municipal Fund

                   By: _/s/ Richard Stein_____
                     Richard Stein, Vice President